THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATASHA GAUTHIER,

        Plaintiff,

    v.

SALESFORCE, INC.,

        Defendant.

Case No. 2:26-cv-01194-KKE

**STIPULATION AND ORDER EXTENDING DEFENDANT'S RESPONSIVE PLEADING DEADLINE**

NOTE ON MOTION CALENDAR:
May 14, 2026

STIPULATION AND ORDER REGARDING
RESPONSIVE PLEADING DEADLINE
(Case No. 2:26-cv-01194-KKE)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Pursuant to Federal Rule of Civil Produces 6(b), Plaintiff Natasha Gauthier, and Defendant Salesforce, Inc., (collectively, the "Parties"), by and through their attorneys of record, hereby STIPULATE AND AGREE to request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint from May 22, 2026, to June 5, 2026.

SO STIPULATED this 14th day of May, 2026.

**FRANK FREED SUBIT & THOMAS LLP**

By: *s/ Michael C. Subit*
Michael C. Subit, WSBA #29189
Catherine N. Sellers, WSBA #44563
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Email: msubit@frankfreed.com
    csellers@frankfreed.com

*Attorneys for Plaintiff Natasha Gauthier*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Yara AlHowar*
Damon C. Elder, WSBA #46754
Yara AlHowar, WSBA #58693
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
    yara.alhowar@morganlewis.com

*Attorneys for Defendant Salesforce, Inc.*

STIPULATION AND ORDER REGARDING
RESPONSIVE PLEADING DEADLINE - 1
(Case No. 2:26-cv-01194-KKE)

**ORDER**

IT IS SO ORDERED.


DATED: May 15th, 2026


*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge


*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**


By: *s/ Yara AlHowar*
Damon C. Elder, WSBA #46754
Yara AlHowar, WSBA #58693
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
        yara.alhowar@morganlewis.com

*Attorneys for Defendant Salesforce, Inc.*

**FRANK FREED SUBIT & THOMAS LLP**


By: *s/ Michael C. Subit*
Michael C. Subit, WSBA #29189
Catherine N. Sellers, WSBA #44563
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711
Email: msubit@frankfreed.com
        csellers@frankfreed.com

*Attorneys for Plaintiff Natasha Gauthier*

STIPULATION AND ORDER REGARDING
RESPONSIVE PLEADING DEADLINE - 2
(Case No. 2:26-cv-01194-KKE)