THE HONORABLE KYMBERLY K. EVANSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

NATASHA GAUTHIER,

    Plaintiff,

    v.

SALESFORCE, INC.,

    Defendant.

Case No. 2:26-cv-01194-KKE

STIPULATION RE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND ORDER

NOTE ON MOTION CALENDAR:
June 9, 2026

Plaintiff Natasha Gauthier and Defendant Salesforce, Inc., jointly move the Court to establish the following briefing schedule regarding Defendant's Motion to Compel Arbitration (Dkt # 14), filed on June 5, 2026, and currently noted for hearing on July 6, 2026. Plaintiff's response is currently due June 26, 2026, and Defendant's reply is currently due July 6.

Due to counsels' other litigation commitments and travel schedules, the parties stipulate to, and request, the following briefing schedule:

1.  Plaintiff shall file a response to the motion on or before July 10, 2026.

2.  Defendant shall file a reply in support of its motion on or before July 22, 2026.

3.  The motion shall be re-noted for July 22, 2026.

STIPULATION RE BRIEFING SCHEDULE
ON MOTION TO COMPEL ARBITRATION AND ORDER - 1
2:26-cv-01194-KKE

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

SO STIPULATED this 10th day of June 2026.

**FRANK FREED SUBIT & THOMAS LLP**          **MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Michael C. Subit*                              By: *s/ Damon C. Elder*
Michael C. Subit, WSBA #29189              Damon C. Elder, WSBA #46754
Catherine N. Sellers, WSBA #44563          Yara AlHowar, WSBA #58693
705 Second Avenue, Suite 1200              1301 Second Avenue, Suite 3000
Seattle, Washington 98104                  Seattle, WA 98101
Phone: (206) 682-6711                      Phone: (206) 274-6400
Email: msubit@frankfreed.com               Email: damon.elder@morganlewis.com
       csellers@frankfreed.com                    yara.alhowar@morganlewis.com

*Attorneys for Plaintiff Natasha Gauthier*      *Attorneys for Defendant Salesforce, Inc.*

**<u>ORDER</u>**

IT IS SO ORDERED.


DATED: This 10th day of June, 2026




Kymberly K. Evanson
United States District Judge


*Presented by:*

**FRANK FREED SUBIT & THOMAS LLP**


By: *s/ Michael C. Subit*
Michael C. Subit, WSBA #29189
Catherine N. Sellers, WSBA #44563
705 Second Avenue, Suite 1200
Seattle, Washington 98104
Phone: (206) 682-6711

STIPULATION RE BRIEFING SCHEDULE                          FRANK FREED
ON MOTION TO COMPEL ARBITRATION AND ORDER - 2             SUBIT & THOMAS LLP
2:26-cv-01194-KKE                                    Suite 1200 Hoge Building, 705 Second Avenue
                                                      Seattle, Washington 98104-1798
                                                             (206) 682-6711

Email: msubit@frankfreed.com
csellers@frankfreed.com

*Attorneys for Plaintiff Natasha Gauthier*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA #46754
Yara AlHowar, WSBA #58693
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
yara.alhowar@morganlewis.com

*Attorneys for Defendant Salesforce, Inc.*

STIPULATION RE BRIEFING SCHEDULE
ON MOTION TO COMPEL ARBITRATION AND ORDER - 3
2:26-cv-01194-KKE

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711